HOFLAND & TOMSHECK
JASON F. CARR, ESQ.
Nevada State Bar No. 06587
228 S. 4th Street, First Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 895-6910(Fax)
JasonC@Hoflandlaw.com

Counsel for Defendant **Brown**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH CHRISTINE BROWN,<br><br>    Defendant. | Case No. 2:25-mj-00300-DJA |

**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Sigal Chattah, United States Attorney, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Jason F. Carr, Esq., CJA counsel for Elizabeth Christine Brown, to modify Ms. Brown's conditions of pretrial release.

Ms. Brown appeared before this Court on April 8, 2025, based on a federal Indictment filed in the District of Minnesota. (*See* ECF No. 2.) This Court released Ms. Brown on a Personal Recognizance (PR) Bond. (*See* ECF No. 7 at 3.) Condition 7(g) of the PR bond prohibits contact with any victims or witnesses in this case except for three individuals that Ms. Brown may have contact with, but not discuss pending criminal case. (*See id.*)

The parties are now requesting condition 7(g) be modified to include Brianna Hughes as an addition person that the defendant can have contact with but not discuss the case. Ms. Hughes is a family friend and is in the process of moving in with the defendant; Ms. Hughes' belongings are already in the residence.

Neither the Assistant United States Attorney in Minnesota nor the District of Nevada's Pretrial Services office object to this request for modification of the conditions of pretrial release.

For these reasons, Defendant Elizabeth Christine Brown hereby respectfully requests that this Court modify her conditions of release to allow her to have communication with Ms. Brianna Hughes, who is in the process of moving into her residence.

A proposed Order is attached to this pleading.

DATED this 14th day of April, 2025.

| | |
|---|---|
| HOFLAND & TOMSHECK | SIGAL CHATTAH<br>United States Attorney |
| */s/ Jason F. Carr* <br>JASON F. CARR, ESQ. | */s/ Melinda Brewer* <br>MELINDA BREWER<br>Assistant United States Attorney |

HOFLAND & TOMSHECK
JASON F. CARR, ESQ.
Nevada State Bar No. 06587
228 S. 4th Street, First Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 895-6910(Fax)
JasonC@Hoflandlaw.com

Counsel for Defendant **Brown**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH CHRISTINE BROWN,<br><br>Defendant. | Case No. 2:25-mj-00300-DJA |

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, it is ORDERED that condition 7(g) of Elizabeth Christine Brown's personal recognizance bond, ECF No. 7, be modified to allow Defendant Brown to reside and have contact with Brianna Hughes. Defendant Brown, however, may not discuss the pending case with Ms. Hughes.

DATED this 15th day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4